IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIBEL MUÑOZ, | § § § § | |
| PLAINTIFF | | |
| v. | § § § § § § | CASE NO. 3:21-cv-01045 |
| DEZAIFFE ENTERPRISES, INC., | | |
| DEFENDANT | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) all claims and counterclaims herein are dismissed with prejudice, each party to bear its own costs of court.

Signed on July 13, 2022.

/s/*K. Michael Sturgill*
K. Michael Sturgill, Esq.
Texas State Bar No.: 24075588
Email: mike@sappsturgill.com

Sapp & Sturgill PLLC
209 W 2nd Street #245
Fort Worth, TX 76102
214-504-6318
Fax: 817-549-0310

ATTORNEYS FOR PLAINTIFF

Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com

HUNT HUEY PLLC
3010 Mountain Ash Court
Garland, Texas 75044
Telephone: (214) 641-9182
Facsimile: (214) 279-6124

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record through the Court's ECF system as required by Rule 5 of the Federal Rules of Civil Procedure on July 13, 2022.

Richard M. Hunt